# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT W. MORRIS & JEARLENE MORRIS  Case Number: 07-72954
2917 WARWICK WAY  SSN-xxx-xx-8207 & xxx-xx-8189
ROCKFORD, IL  61101

Case filed on:  12/4/2007
Plan Confirmed on:  3/14/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,845.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,175.49 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,175.49 | 0.00 |
| 999 | ROBERT W. MORRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 2,001.47 | 2,001.47 | 185.61 | 129.39 |
| 002 | CHASE HOME FINANCE | 34,753.59 | 34,753.59 | 954.00 | 0.00 |
| 003 | ROCK RIVER WATER RECLAMATION | 628.00 | 628.00 | 83.96 | 0.00 |
|  | Total Secured | 37,383.06 | 37,383.06 | 1,223.57 | 129.39 |
| 003 | ROCK RIVER WATER RECLAMATION | 89.65 | 89.65 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 1,484.70 | 1,484.70 | 0.00 | 0.00 |
| 006 | CASH 2 GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 455.28 | 455.28 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 323.80 | 323.80 | 0.00 | 0.00 |
| 009 | NICOR GAS | 3,952.10 | 3,952.10 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 719.12 | 719.12 | 0.00 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 375.33 | 375.33 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 102.92 | 102.92 | 0.00 | 0.00 |
|  | Total Unsecured | 7,502.90 | 7,502.90 | 0.00 | 0.00 |
|  | Grand Total: | 47,885.96 | 47,885.96 | 3,399.06 | 129.39 |

Total Paid Claimant:  $3,528.45
Trustee Allowance:  $316.55
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008      By  /s/Heather M. Fagan